UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHAHNAZ POURSAIED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUMMERMILL AT FALLS RIVER - )<br>BANNER APARTMENT BUILDINGS, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-115-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to enforce settlement and dismiss the action [D.E. 38] is GRANTED, plaintiff's motion to dismiss [D.E. 40] is DENIED, and this action is DISMISSED with prejudice. The clerk SHALL return the $21,871.00 check to plaintiff Shahnaz Poursaied along with a copy of this order. Plaintiff's motion to compel [D.E. 27] is DISMISSED as moot.

**This Judgment Filed and Entered on June 7, 2018, and Copies To:**

Jennifer A. Welch                                    (via CM/ECF electronic notification)

Shahnaz Poursaied                                (Sent to 3930 Pulaski Pike Apt. C-14
                                                              Huntsville, AL 35810 via US Mail)

DATE:                                                          PETER A. MOORE, JR., CLERK

June 7, 2018                                         (By) /s/ Nicole Briggeman
                                                                     Deputy Clerk